# ALABAMA COURT OF CRIMINAL APPEALS



January 9, 2026

**CR-2025-0329**

Natalie Leanne Morgan v. State of Alabama (Appeal from Morgan Circuit Court: CC-22-1038 and CC-22-1041)

## <u>NOTICE</u>

You are hereby notified that on January 9, 2026, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk